IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ARTHUR JAMES FERGUSON, JR., | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 4:24-CV-63 (CDL) |
| MCDONALD'S and PEZOLD MANAGEMENT GROUP, | * |
| | * |
| Defendants. | |
| | * |

O R D E R

After the Court issued an order adopting the Report and Recommendation filed by the United States Magistrate Judge on October 8, 2024, the Court received Plaintiff's motion for an extension of time to file objections (ECF No. 16), which is granted.  The Court will consider the objections Plaintiff filed on November 18, 2024 to be timely.  The Court hereby vacates its previous order adopting the Report and Recommendation without objection (ECF No. 17), as well as the Judgment (ECF No. 18) and substitutes this order in its place.

The Court has now conducted a de novo review of the record in this case.  The Report and Recommendation filed by the United States Magistrate Judge on October 8, 2024 is hereby approved, adopted, and made the Order of the Court.  The Court considered Plaintiff's objections to the Report and Recommendation and finds that they lack merit.

Plaintiff also filed a motion to appoint counsel. Plaintiff does not have a constitutional right to counsel in this civil case. The Court finds that this case does not present the "exceptional circumstances" required to justify appointment of counsel, such as complicated facts or novel and complex legal issues. *Rizo v. Alabama Dep't of Hum. Res.*, 228 F. App'x 832, 834 (11th Cir. 2007) (per curiam). Accordingly, the motion to appoint counsel (ECF No. 15) is denied.

IT IS SO ORDERED, this 20th day of November, 2024.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA